UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 16-1130 JVS (KESx).          Date  July 21, 2016

Title  Edwin Melgar v. Eli Korisky et al

Present: The Honorable    James V. Selna

Karla J. Tunis                                    Not Present
Deputy Clerk                                    Court Reporter

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
Not Present                                      Not Present

**Proceedings:   (IN CHAMBERS)   Order To Show Cause Jurisdiction**

   The Court has made a preliminary review of the jurisdictional allegations in the Notice of Removal ("Notice") filed Eli Korisky ("Korisky").

   The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Notice, ¶1 .) Jurisdiction on this basis requires complete diversity.

   The following party to the action is alleged to be a limited liability companies ("LLC"):

   EAN Holdings, LLC

   For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. Johnson v. Columbia Properties Anchorage , LP, 437 F.3d 894, 899 (9th Cir. 2006); Cosgrove v. Bartolotta, 150 F.3d 729, 731 (7th Cir. 1998); Keith v. Black Diamond Advisors, Inc., 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if a member is an LLC, the citizenship of its members. Presently, the Court cannot tell if jurisdiction has been properly invoked.

   Korisky is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 16-1130 JVS (KESx).                              Date   July 21, 2016

Title     Edwin Melgar v. Eli Korisky et al

principal place of business as the date of the filing of the initial pleading.  If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

    **A failure to respond may result in remand of the case to Superior Court for lack of jurisdiction.**

                                                                                                                    :   00

                                                                                   Initials of Preparer    kjt